| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) McIvor, Marci B. | 2. Court or Organization US Bankruptcy Court, ED Mich | 3. Date of Report 12/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 01/05/2020 |

**7. Chambers or Office Address**

United States Bankrutpcy Court
211 West Fort Street, Suite 1850
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Assistant Attorney General | Office of the Attorney General, State of Michigan |
| 2. | Trustee | Trust DTD 8/2/01 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | State of Michigan Employees Pension Fund; Pension Upon Retirement Age 60 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State Employees Retirement System | $22,587.28 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Lawyer - Member - Clark Hill, PLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 12/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 12/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royalty Interest, White County, IL | A | Royalty | J | W | | | | | |
| 2. MSIF Int'l Real Estate | A | Dividend | K | T | | | | | |
| 3. Dreman Value Fund | A | Dividend | K | T | | | | | |
| 4. Williams Partners | A | Dividend | K | T | | | | | |
| 5. EDD Fund | A | Dividend | K | T | | | | | |
| 6. Cupano Energy Fund | A | Dividend | K | T | | | | | |
| 7. AIP Real Estate Fund | A | Dividend | L | T | | | | | |
| 8. BNP Paribas Sp Adr | A | Dividend | J | T | | | | | |
| 9. Honda Motor Company | A | Dividend | J | T | | | | | |
| 10. Mitsui & Co. Ltd | A | Dividend | J | T | | | | | |
| 11. Sharp Corporation Adr | A | Dividend | J | T | | | | | |
| 12. Sony Corp Adr | A | Dividend | J | T | | | | | |
| 13. Toyota Motor Cp Adr | A | Dividend | J | T | | | | | |
| 14. American Capital Ltd | A | Dividend | K | T | | | | | |
| 15. Eaton Vance Ltd. Durantion Inc. Fund | B | Dividend | K | T | | | | | |
| 16. Highland Credit Strategies Fund | A | Dividend | K | T | | | | | |
| 17. Morgan Stanley Emerging Market Domestic Debt Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan High Yield | A | Dividend | K | T | Sold (part) | 10/11/19 | J | A | |
| 19. Templeton Emerging Markets Small Cap | C | Int./Div. | K | T | | | | | |
| 20. Putnam Diversified | B | Int./Div. | K | T | | | | | |
| 21. Guggenheim Macro Opportunities Fund | A | Dividend | K | T | | | | | |
| 22. MetLife Inc. (common) | A | Dividend | K | T | | | | | |
| 23. Pimco Dynamic | A | Dividend | K | T | | | | | |
| 24. Achillion Pharmaceuticals | B | Dividend | L | T | Sold (part) | 07/17/19 | J | B | |
| 25. Deutsche X-Trackers MSCI | B | Dividend | L | T | | | | | |
| 26. Angel Oak Multi Strategy | A | Dividend | K | T | | | | | |
| 27. Verizon Communications | A | Dividend | J | T | | | | | |
| 28. Tekla Healthcare | B | Dividend | J | T | | | | | |
| 29. Brandes International Small Cap Equity Fund | B | Dividend | J | T | | | | | |
| 30. Baird Core Plus Mutual Fund | A | Dividend | J | T | | | | | |
| 31. Pimco Income Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Glenmede Large Cap Core Mutual Fund | A | Dividend | J | T | | | | | |
| 33. ACAP Strategic Fund | A | Dividend | L | T | | | | | |
| 34. Achillion Pharmaceuticals | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 12/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Davita Healthcare Partners, Inc | A | Dividend | K | T | | | | | |
| 36. Vertex Pharamaceuticals | A | Dividend | K | T | Buy (add'l) | 05/07/19 | J | | |
| 37. Cohen & Steers Realty | A | Dividend | J | T | | | | | |
| 38. Nexpoint Cr Stategies Fd | A | Dividend | J | T | | | | | |
| 39. Principal FDS Inc | A | Dividend | J | T | | | | | |
| 40. Allergan PLC - common | A | Dividend | J | T | | | | | |
| 41. Alphabet Inc CL A - common | A | Dividend | J | T | | | | | |
| 42. Anadarko Petroleum Corp- common | A | Dividend | K | T | | | | | |
| 43. Apple, Inc - common | A | Dividend | J | T | Buy (add'l) | 10/10/19 | J | | |
| 44. Britich Amer Tobacco PLC GB - common | A | Dividend | J | T | | | | | |
| 45. Coca Cola Co - common | A | Dividend | J | T | | | | | |
| 46. Danaher Cop - common | A | Dividend | J | T | | | | | |
| 47. Ecolab Inc. common | A | Dividend | J | T | Sold (part) | 04/26/19 | J | | |
| 48. Home Depot - common | A | Dividend | J | T | | | | | |
| 49. Intercontinental Exchange Group - common | A | Dividend | J | T | | | | | |
| 50. Johnson & Johnson - common | A | Dividend | J | T | | | | | |
| 51. Microsoft Corp- common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 12/30/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pepsico Inc. - common | A | Dividend | J | T | | | | | |
| 53. Starbucks Corp - common | A | Dividend | J | T | | | | | |
| 54. Time Warner Inc. New - common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 12/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I, page 1, line 2  -  At this time there are no assets in the Trust dated 8/2/01.

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 12/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marci B. McIvor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544